```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 05280
   HUMBERTO MARTINEZ SOTO
   LOURIE L MARTINEZ SOTO                      CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6779     SSN XXX-XX-6385

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/06/2008 and was confirmed 05/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
MARC G WAGMAN              NOTICE ONLY     NOT FILED          .00          .00
CAPITAL ONE                UNSECURED         271.93           .00          .00
CAPITAL ONE                UNSECURED         970.13           .00          .00
CINGULAR                   UNSECURED       NOT FILED          .00          .00
AMERICAN GENERAL FINANCE   UNSECURED        4654.55           .00          .00
ASSET ACCEPTANCE CORP      UNSECURED         363.10           .00          .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY     NOT FILED          .00          .00
ARROW FINANCIAL SERV       UNSECURED        1103.54           .00          .00
GE MONEY BANK              UNSECURED         165.06           .00          .00
HSBC BANK NEVADA NA        UNSECURED         293.88           .00          .00
OCWEN FEDERAL BANK         CURRENT MORTG       .00            .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE       .00            .00          .00
OCWEN LOAN SERVICING       NOTICE ONLY     NOT FILED          .00          .00
COOK COUNTY TREASURER      NOTICE ONLY     NOT FILED          .00          .00
COOK COUNTY TREASURER      SECURED             .00            .00          .00
JOHN P CARLIN              DEBTOR ATTY     2,800.00                     1,262.24
TOM VAUGHN                 TRUSTEE                                        109.76
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            1,372.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,262.24
TRUSTEE COMPENSATION                           109.76
DEBTOR REFUND                                     .00
                   ---------------     ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 05280 HUMBERTO MARTINEZ SOTO & LOURIE L MARTINEZ SOTO
```

```
TOTALS                                    1,372.00               1,372.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```